INTERSTATE WASTE REMOVAL, INC. v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

October 22, 1984.

Petition for certification denied.

:

LANDFILL AND DEVELOPMENT COMPANY, ET AL. v. THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF BURLINGTON.

INTERSTATE WASTE REMOVAL CO., INC., ET AL. v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

October 22, 1984.

Petition for certification denied.

TOWNSHIP OF MANSFIELD v. THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF BURLINGTON.

October 22, 1984.

Petition for certification denied.